

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-13-00124-CV |
| Style: | Xenos Yuen, The Law Offices of Yuen & Associates, P.C. |
| | v. Hung Ho and H.L.L.S. |
| Date motion filed*: | March 29, 2016 |
| Type of motion: | Motion to extend time to file reporter's record |
| Party filing motion: | Court reporter |
| Document to be filed: | Reporter's record |

Is appeal accelerated?    No

If motion to extend time:

| | |
|---|---|
| Original due date: | January 28, 2016 |
| Number of previous extensions granted: | 1       Current Due date: April 22, 2016 |
| Date Requested: | April 20, 2016 |

Ordered that motion is:

☐    Granted

      If document is to be filed, document due:

      ☐ The Court will not grant additional motions to extend time absent extraordinary circumstances.

☐    Denied

☑    **Dismissed as moot**

☐    Other: _____

    This appeal was stayed after a notice of bankruptcy was filed and reinstated on December 29, 2015. After reinstatement, the reporter's record was due to be filed on January 28, 2016. This Court granted in part the court reporter's motion for extension and extended the time to file a reporter's record to February 29, 2016. When no reporter's record was filed, we ordered the court reporter to file a reporter's record no later April 22, 2016, with no further extensions absent extraordinary circumstances. On March 29, 2016, the court reporter filed a motion requesting an extension to April 20, 2016. We dismiss the motion as moot. **The reporter's record remains due to be filed no later than April 22, 2016, with no further extensions absent extraordinary circumstances.**

Judge's signature:    /s/ Russell Lloyd
                      ☑ Acting individually

Date:  April 5, 2016